IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN PABLO VAZQUEZ,** : | |
| : | **Civil No. 1:15-CV-0350** |
| **Petitioner** : | |
| : | |
| v. : | |
| : | |
| **NANCY GIROUX,** *et. al.*, : | |
| : | **Judge Sylvia H. Rambo** |
| **Respondents** : | |

# O R D E R

AND NOW, this 6th day of July, 2016, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 15) is **ADOPTED.**

2) The petition for writ of habeas corpus (Doc. 1) is **DENIED.**

3) The Clerk of Court shall close this file.

4) This court declines to issue a certificate of appealability.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: July 6, 2016